# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

☐ ORIGINAL

FILED
AUG 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
**JOSE LEOPOLDO VILLEGAS-VILLANUEVA**
a/k/a JUAN LOPEZ-ONTIVEROS

(Name and Address of Defendant)

Venue: SAN FRANCISCO

## CRIMINAL COMPLAINT

CASE NUMBER: 3 08 70521 BZ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 17, 2008, in Humboldt County, in the Northern District of California, the defendant, an alien, having been removed, excluded, and deported from the United States, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8 United States Code, Section 1326, Illegal Reentry After Deportation or Removal.

I further state that I am a Special Agent and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 8 USC Section 1326:
20 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
AUSA OWENS

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested:    ☐ Yes ☒ No
Bail Amount: N/A

Signature of Complainant, Polly E. Kaiser

Sworn to before me and subscribed in my presence,

August 8, 2008                at San Francisco, California
Date                          City and State

**The Hon. Bernard Zimmerman**
**United States Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | ) |
| | ) ss. **AFFIDAVIT** |
| **NORTHERN DISTRICT OF CALIFORNIA** | ) |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING JOSE LEOPOLDO VILLEGAS-VILLANUEVA
WITH VIOLATING 8 U.S.C. § 1326;
ILLEGAL REENTRY AFTER DEPORTATION OR REMOVAL

I, Polly E. Kaiser, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.  This affidavit is submitted in support of a criminal complaint against JOSE LEOPOLDO VILLEGAS-VILLANUEVA, a/k/a Juan Lopez-Ontiveros, for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of VILLEGAS-VILLANUEVA'S official Immigration file (No. A76346612), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all of the facts related to VILLEGAS-VILLANUEVA that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.  I have been a Deportation officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for over 5 years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

## III. APPLICABLE LAW

3.  Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.  JOSE LEOPOLDO VILLEGAS-VILLANUEVA, a/k/a Juan Lopez-Ontiveros is a 31 year-old male who is a native and citizen of Mexico. A 1997 report of the Humboldt County probation officer indicates that VILLEGAS-VILLANUEVA confirmed that he was born in Mexico.

5.  VILLEGAS-VILLANUEVA was deported from the United States to Mexico on July 12, 1999. The official Immigration file for VILLEGAS-VILLANUEVA contains an executed Warrant of Removal dated July 12, 1999.

6.  VILLEGAS-VILLANUEVA last entered the United States illegally on an unknown date.

7.  On or about March 17, 2008, a Federal Bureau of Investigation (FBI) agent found VILLEGAS-VILLANUEVA in Eureka, California following his arrest on firearms and narcotics charges. VILLEGAS-VILLANUEVA is currently facing an indictment on those charges in the Northern District of California in case CR 08-0230 CRB.

8.  On August 6, 2008, ICE Fingerprint Examiner J.M. Ly conducted a fingerprint comparison of VILLEGAS-VILLANUEVA'S 1999 thumbprint from his Warrant of Removal to his full set of rolled fingerprints from his booking following his 2008 arrest in Eureka, California. The fingerprint examiner positively identified the 2008 arrest fingerprints as belonging to the same VILLEGAS-VILLANUEVA who had previously been removed from the United States on July 12, 1999.

9.  There is no indication in ICE's official files that VILLEGAS-VILLANUEVA has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

(Continued on next page)

## V. CONCLUSION

10. On the basis of the above information, I submit that probable cause exists to believe that JOSE LEOPOLDO VILLEGAS-VILLANUEVA, a/k/a Juan Lopez-Ontiveros illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

*[signature]*
Polly E. Kaiser
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

SUBSCRIBED AND SWORN BEFORE ME
ON August __, 2008

*[signature]*
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge
Northern District of California

-3-